UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| QSL CORPORATION and<br>CKQ DESIGNS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PACIFIC ENTERPRISES, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>) |

05-11536 RGS

**PLAINTIFFS' CORPORATE DISCLOSURE**

Plaintiffs QSL CORPORATION and CKQ DESIGNS, INC. make the following corporate disclosure: they have no parent companies and no publicly held corporations own ten percent or more of their stock.

                                            QSL CORPORATION and
                                            CKQ DESIGNS, INC.

                                            /s/ John L. Welch
                                            John L. Welch, BBO No. 522,040
                                            Ian J. McLoughlin, BBO No. 647,203
                                            FOLEY HOAG LLP
                                            155 Seaport Boulevard
                                            Boston, MA  02210
                                            617/832-1000

Dated: July 20, 2005

B3071963.1                                    - 1 -