UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| QSL CORPORATION and<br>CKQ DESIGNS, INC., <br><br>    Plaintiffs,<br><br>    v.<br><br>PACIFIC ENTERPRISES, LLC,<br><br>    Defendant. | Civil Action<br>No.  05-11536RGS |

NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiffs QSL Corporation and CKQ Designs, Inc. hereby give notice of the dismissal without prejudice of the above-captioned matter.

QSL CORPORATION and
CKQ DESIGNS, INC.

/s/ Ian J. McLoughlin
_____
John L. Welch, BBO No. 522,040
Ian J. McLoughlin, BBO No. 647,203
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
617/832-1000

Dated:  September 27, 2005

- 1 -